CASREF,REVO

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:24-cr-10281-IT-8

Case title: USA v. Avalo et al                    Date Filed: 09/10/2024

Magistrate judge case number: 1:24-mj-01056-DLC

---

Assigned to: Judge Indira Talwani
Referred to: Magistrate Judge Donald L.
Cabell

**Defendant (8)**

**Michael St. Pierre**                    represented by   **John S. Day**
                                                           Day Law Firm, P.C.
                                                           99 Derby Street
                                                           Suite 200
                                                           Hingham, MA 02043
                                                           781-789-3001
                                                           Fax: 781-730-5020
                                                           Email: jday@daylaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: CJA Appointment*

**Pending Counts**                                  **Disposition**

21 U.S.C. § 846- CONSPIRACY TO
DISTRIBUTE AND TO POSSESS WITH
INTENT TO DISTRIBUTE FENTANYL
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

21:846 Conspiracy to Distribute
Controlled Substances (21:846=CD.F)

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Michael J. Crowley** |

<table>
<tr><td>**USA**</td><td>represented by</td><td>**Michael J. Crowley**<br>US Attorney's Office - MA<br>J. Joseph Moakley U.S. Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3375<br>Email: michael.crowley2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Sarah Hoefle**<br>United States Attorney's Office MA<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3120<br>Email: sarah.hoefle@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**David Cutshall**<br>DOJ-USAO<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3100<br>Email: david.cutshall@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Lucy Sun**<br>United States Attorney's Office<br>595 Main Street, Room 206<br>Worcester, MA 01608<br>508-368-0103<br>Email: lucy.sun@usdoj.gov<br>*TERMINATED: 02/03/2025*<br>*Designation: Assistant US Attorney*</td></tr>
</table>

[ Email All Attorneys ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|

| 02/13/2024 | 1 | ELECTRONIC NOTICE of Case Assignment as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre; Magistrate Judge Donald L. Cabell assigned to case. (Belpedio, Lisa) [1:24-mj-01056-DLC] (Entered: 02/14/2024) |
|---|---|---|
| 02/13/2024 | 2 | MOTION to Seal Case as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre by USA. (Belpedio, Lisa) [1:24-mj-01056-DLC] (Entered: 02/14/2024) |
| 02/13/2024 | 3 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered granting 2 Motion to Seal Case as to David Avalo (1), Joan Avalo-Quezada (2), Victor Pimentel (3), Krystin Mathewson (4), Jacob Lyford (5), Kayla Tasker (6), Amanda Lapointe (7), Michael St. Pierre (8) (Belpedio, Lisa) [1:24-mj-01056-DLC] (Entered: 02/14/2024) |
| 02/13/2024 | 4 | SEALED COMPLAINT as to David Avalo (1), Joan Avalo-Quezada (2), Victor Pimentel (3), Krystin Mathewson (4), Jacob Lyford (5), Kayla Tasker (6), Amanda Lapointe (7), Michael St. Pierre (8). (Attachments: # 1 Affidavit of Gina M. Galantino, # 2 JS45 Avalo, # 3 JS45 Avalo-Quezada, # 4 JS45 Pimentel, # 5 JS45 Mathewson, # 6 JS45 Lyford, # 7 JS45 Tasker, # 8 JS45 Lapointe, # 9 JS45 St. Pierre)(Belpedio, Lisa) [1:24-mj-01056-DLC] (Entered: 02/14/2024) |
| 02/13/2024 | 5 | Arrest Warrant Issued by Magistrate Judge Donald L. Cabell as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre. (Attachments: # 1 Avalo-Quezada, # 2 Pimentel, # 3 Mathewson, # 4 Lyford, # 5 Tasker, # 6 Lapointe, # 7 St. Pierre) (Belpedio, Lisa) [1:24-mj-01056-DLC] (Entered: 02/14/2024) |
| 02/14/2024 | 6 | Government's Omnibus Motion to Unseal Indictments and Criminal Complaints as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre by USA. (Montes, Mariliz) [1:24-mj-01056-DLC] (Entered: 02/14/2024) |
| 02/14/2024 | 7 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered granting 6 Government's Omnibus Motion to Unseal Indictments and Criminal Complaints as to David Avalo (1), Joan Avalo-Quezada (2), Victor Pimentel (3), Krystin Mathewson (4), Jacob Lyford (5), Kayla Tasker (6), Amanda Lapointe (7), Michael St. Pierre (8) (Montes, Mariliz) [1:24-mj-01056-DLC] (Entered: 02/14/2024) |
| 02/16/2024 |  | Arrest of Michael St. Pierre in Maine. (Russo, Noreen) [1:24-mj-01056-DLC] (Entered: 02/16/2024) |
| 02/22/2024 | 15 | Rule 5(c)(3) Documents Received as to Michael St. Pierre (Russo, Noreen) [1:24-mj-01056-DLC] (Entered: 02/22/2024) |
| 02/22/2024 |  | Attorney update in case as to Michael St. Pierre. CJA Attorney John Day appointed. (Belpedio, Lisa) [1:24-mj-01056-DLC] (Entered: 02/22/2024) |
| 02/22/2024 | 17 | ELECTRONIC NOTICE OF HEARING for Initial Appearance in District as to Michael St. Pierre. Initial Appearance set for 2/29/2024 at 03:00 PM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell. (Russo, Noreen) [1:24-mj-01056-DLC] (Entered: 02/22/2024) |
| 02/29/2024 | 20 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Donald L. Cabell: Initial Appearance in District as to Kayla Tasker, Amanda Lapointe, |

| | | |
|---|---|---|
| | | Michael St. Pierre held on 2/29/2024. The court summarizes the prior proceedings in Maine and the parties indicate they do not need further explanation. The court will appoint counsel for the def'ts based on the Maine Court's finding they they could not afford counsel. CJA Fasoldt for Kayla Tasker, Sunderland for Amanda Lapointe, and Day for Michael St. Pierre. All parties waive their probable cause hearings. The court will adopt the conditions of release set in Maine. Defendants released. (Attorneys present: Crowley, Fasoldt, Sunderland, Day, Curran USPO. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (Russo, Noreen) [1:24-mj-01056-DLC] (Entered: 02/29/2024) |
| 03/11/2024 | 29 | Judge Myong J. Joun: ORDER entered. ORDER ON EXCLUDABLE DELAY as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Kayla Tasker, Amanda Lapointe, Michael St. Pierre. Time excluded from 3/15/2024 until 5/15/2024. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. **(Pursuant of case number 24mc91117)** (Dore, Samantha) [1:24-mj-01056-DLC] (Entered: 03/11/2024) |
| 04/09/2024 | 32 | Petition For Summons from Pretrial as to Michael St. Pierre. (DeCoste, Truc) [1:24-mj-01056-DLC] (Entered: 04/09/2024) |
| 04/09/2024 | 33 | Magistrate Judge Donald L. Cabell: ORDER entered as to Michael St. Pierre 32 Pretrial Services/Probation - Request/Memo/Summons. Summons to issue. Clerk to schedule show cause hearing. (Russo, Noreen) [1:24-mj-01056-DLC] (Entered: 04/09/2024) |
| 04/09/2024 | 34 | ELECTRONIC NOTICE OF HEARING as to Michael St. Pierre: Show Cause Hearing set for 4/24/2024 at 11:00 AM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell. (Russo, Noreen) [1:24-mj-01056-DLC] (Entered: 04/09/2024) |
| 04/24/2024 | 40 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Donald L. Cabell: Show Cause Hearing as to Michael St. Pierre held on 4/24/2024 by video. The defendant did not contest to the facts contained in the petition. After hearing from the parties and probation, the court amended defendant's conditions of release to include: Mr. St. Pierre is to reside at his daughter's home. (Attorneys present: Day, Crowley, Albegaria, PO, Zucchi PO from District of Maine.) Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (Vieira, Leonardo) [1:24-mj-01056-DLC] (Entered: 04/24/2024) |
| 05/08/2024 | 42 | Judge Myong J. Joun: ORDER entered. ORDER ON EXCLUDABLE DELAY as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Kayla Tasker, Amanda Lapointe, Michael St. Pierre. Time excluded from 5/15/2024 until 7/25/2024. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. **(Pursuant to order entered in case number 1:24-mc-91117-MJJ)** (York, Steve) [1:24-mj-01056-DLC] (Entered: 05/08/2024) |

| | | |
|---|---|---|
| 07/10/2024 | 54 | Judge Myong J. Joun: ORDER entered. ORDER ON EXCLUDABLE DELAY as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre. Time excluded from 7/25/2024 until 9/26/2024. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. **(Pursuant to order entered in case number 1:24-mc-91117-MJJ)** (York, Steve) [1:24-mj-01056-DLC] (Entered: 07/10/2024) |
| 08/22/2024 | 71 | Memorandum from Pretrial regarding noncompliance as to Michael St. Pierre.<br><br>Requested action: Signature Required.<br><br>(Skehill, Patrick) [1:24-mj-01056-DLC] (Entered: 08/22/2024) |
| 08/23/2024 | 72 | Magistrate Judge Donald L. Cabell: ORDER entered re 71 Pretrial Services/ Probation - Request/Memo as to Michael St. Pierre.<br><br>The court orders no action. (Russo, Noreen) [1:24-mj-01056-DLC] (Entered: 08/23/2024) |
| 09/10/2024 | 74 | INDICTMENT as to David Avalo (1) count(s) 1, Joan Avalo-Quezada (2) count(s) 1, Victor Pimentel (3) count(s) 1, Jacob Lyford (4) count(s) 1, Krystin Mathewson (5) count(s) 1, Kayla Tasker (6) count(s) 1, Amanda Lapointe (7) count(s) 1, Michael St. Pierre (8) count(s) 1. (Attachments: # 1 JS45)(DaSilva, Carolina) (Entered: 09/10/2024) |
| 09/10/2024 | 75 | ELECTRONIC NOTICE of Case Assignment as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre; Judge Indira Talwani assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (DaSilva, Carolina) (Entered: 09/10/2024) |
| 09/10/2024 | 76 | Judge Indira Talwani: ELECTRONIC ORDER entered. Order Referring Case to Magistrate Judge Donald L. Cabell Reason for referral: Full Pretrial Proceedings as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre (DaSilva, Carolina) (Entered: 09/10/2024) |
| 09/11/2024 | 79 | ELECTRONIC NOTICE OF HEARING as to Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the sessions courtroom deputy as soon as possible.<br><br>For questions regarding access to hearings, you may refer to the Courts general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>Arraignment set for 9/26/2024 02:00 PM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell. |

| | | |
|---|---|---|
| | | Please find the Waiver of Appearance here.(Russo, Noreen) (Entered: 09/11/2024) |
| 09/20/2024 | 87 | Petition For Summons from Pretrial as to Michael St. Pierre. (Skehill, Patrick) (Entered: 09/20/2024) |
| 09/25/2024 | 88 | Magistrate Judge Donald L. Cabell: ORDER entered as to Michael St. Pierre re 87 Pretrial Services/Probation - Request/Memo/Summons. Summons to issue. Clerk to schedule show cause hearing. (Russo, Noreen) (Entered: 09/25/2024) |
| 09/25/2024 | 89 | ELECTRONIC NOTICE OF HEARING as to Michael St. Pierre: Show Cause Hearing set for 10/1/2024 at 11:00 AM in **Courtroom 23 (In person only)** before Magistrate Judge Donald L. Cabell. (Russo, Noreen) (Entered: 09/25/2024) |
| 09/26/2024 | 90 | ELECTRONIC NOTICE CANCELING HEARING OR OTHER DEADLINE as to Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre. Hearing or Deadline canceled: 9/26/24 Arraignment. (Russo, Noreen) (Entered: 09/26/2024) |
| 09/27/2024 | 92 | Summons Issued as to Michael St. Pierre for show cause hearing on 10/1/24 at 11:00 am. (Russo, Noreen) (Entered: 09/27/2024) |
| 10/01/2024 | 93 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Donald L. Cabell: Show Cause Hearing as to Michael St. Pierre held on 10/1/2024. The defendant does not appear. Counsel indicates he was admitted to the hospital in Maine. The court goes over the issues with the parties and will revoke the conditions of release. The court is concerned for the def'ts health and if possible would like to avoid proceedings in Maine but recognizes that may not be able to be avoided. Warrant to issue. (Attorneys present: Hoefle, Day, Skehill USPO. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (Russo, Noreen) (Entered: 10/01/2024) |
| 10/01/2024 | 94 | Notice of correction to docket made by Court staff as to Michael St. Pierre: Prior docket entry #94 Notice of hearing was deleted as it was done in the wrong case. (Russo, Noreen) (Entered: 10/01/2024) |
| 10/04/2024 | 97 | ELECTRONIC NOTICE OF HEARING as to Joan Avalo-Quezada, Michael St. Pierre: Arraignment set for 10/17/2024 at 10:30 AM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell.<br><br>Please find the Waiver of Appearance here. (Russo, Noreen) (Entered: 10/04/2024) |
| 10/17/2024 | 108 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Donald L. Cabell: Arraignment as to Joan Avalo-Quezada (2) Count 1 and Michael St. Pierre (8) Count 1 held on 10/17/2024. Counsel enters a plea of Not Guilty on Count 1 as to Joan Avalo-Quezada. Mr. Avalo-Quezada having previously waived his appearance at arraignment. Mr. St. Pierre enters a not guilty plea on Count 1. Initial Status Conference set for 11/26/2024 11:00 AM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell. Mr. St. Pierre plans on appearing to turn himself in on the outstanding warrant on Monday 10/21. The court sets a hearing for 2 PM. (Attorneys present: Sun, Benzaken, Day. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital |

| | | |
|---|---|---|
| | | Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (Russo, Noreen) (Entered: 10/17/2024) |
| 10/17/2024 | 110 | Set/Reset Hearings as to Michael St. Pierre: Show Cause Hearing set for 10/21/2024 at 02:00 PM in Courtroom 23 (In person only) before Magistrate Judge Donald L. Cabell. (Russo, Noreen) (Entered: 10/17/2024) |
| 10/17/2024 | 111 | Magistrate Judge Donald L. Cabell: ORDER entered. ORDER OF EXCLUDABLE DELAY as to Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre. Time excluded from 10/16/24 until 11/26/24. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Russo, Noreen) (Entered: 10/18/2024) |
| 10/18/2024 | 112 | Magistrate Judge Donald L. Cabell: ORDER entered. INITIAL SCHEDULING ORDER as to Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre.<br><br>The Initial Status Conference will be held on Tuesday, November 26, 2024 at 11:00 am. The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on Tuesday, November 19, 2024. (Russo, Noreen) (Entered: 10/18/2024) |
| 10/21/2024 | 113 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Donald L. Cabell: Show Cause Hearing as to Michael St. Pierre held on 10/21/2024. The defendant has not turned himself in on the outstanding warrant and is not present in the courtroom. The court will instruct the USM to execute the warrant in the normal course. (Attorneys present: Sun, Day, D'Addieco USPO. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (Russo, Noreen) (Entered: 10/21/2024) |
| 11/22/2024 | 121 | STATUS REPORT by USA as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Jacob Lyford, Krystin Mathewson, Kayla Tasker, Amanda Lapointe, Michael St. Pierre (Crowley, Michael) (Entered: 11/22/2024) |
| 11/22/2024 | 122 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered. ORDER CANCELING 11/26/24 Status Conference as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre.<br><br>First Interim Status Conference set for 1/22/2025 11:00 AM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell. (Russo, Noreen) (Entered: 11/22/2024) |
| 12/09/2024 | | Arrest of Michael St. Pierre in Maine. (Russo, Noreen) (Entered: 12/10/2024) |
| 12/10/2024 | 127 | Rule 5(c)(3) Documents Received as to Michael St. Pierre (Russo, Noreen) (Entered: 12/10/2024) |
| 01/03/2025 | 131 | ELECTRONIC NOTICE OF HEARING as to Michael St. Pierre: Show Cause Hearing set for 1/14/2025 at 11:30 AM in Courtroom 23 (In person only) before Magistrate Judge Donald L. Cabell. (Russo, Noreen) (Entered: 01/03/2025) |

| 01/08/2025 | 132 | Assented to MOTION to Continue *Show Cause Hearing* to January 22, 2025 to Show Cause Hearing as to Michael St. Pierre. (Day, John) (Entered: 01/08/2025) |
|---|---|---|
| 01/08/2025 | 133 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered granting 132 Assented to MOTION to Continue Show Cause Hearing as to Michael St. Pierre (8)/<br><br>Show Cause Hearing reset for 1/22/2025 11:00 AM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell. (NR) (Entered: 01/08/2025) |
| 01/17/2025 | 135 | STATUS REPORT by USA as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre (Crowley, Michael) (Entered: 01/17/2025) |
| 01/17/2025 | 136 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered. ORDER CANCELING 1/22/25 Interim Status Conference as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre.<br><br>Final Status Conference set for 3/12/2025 at 10:30 AM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell. (NR) (Entered: 01/17/2025) |
| 01/17/2025 | 137 | Magistrate Judge Donald L. Cabell: ORDER entered. ORDER OF EXCLUDABLE DELAY as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre. Time excluded from 12/18/24 until 3/12/2025. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (NR) (Entered: 01/17/2025) |
| 01/17/2025 | 138 | Assented to MOTION to Continue to January31, 2025 to Show Cause Hearing as to Michael St. Pierre. (Day, John) (Entered: 01/17/2025) |
| 01/21/2025 | 139 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered granting 138 Assented to MOTION to Continue to January31, 2025 to Show Cause Hearing as to Michael St. Pierre (8)<br><br>Show Cause Hearing set for 1/28/2025 03:00 PM in Courtroom 23 (In person only) before Magistrate Judge Donald L. Cabell. (NR) (Entered: 01/21/2025) |
| 01/28/2025 | 140 | ELECTRONIC NOTICE OF RESCHEDULING (Location only) as to Michael St. Pierre: Show Cause Hearing set for 1/28/2025 at 03:00 PM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell. (NR) (Entered: 01/28/2025) |
| 01/28/2025 | 141 | ELECTRONIC NOTICE CANCELING HEARING OR OTHER DEADLINE as to Michael St. Pierre. Hearing or Deadline canceled: 1/28/25 show cause at 3:00 PM (NR) (Entered: 01/28/2025) |
| 02/03/2025 | 142 | MOTION to Withdraw as Attorney by Lucy Sun as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre by USA. (Sun, Lucy) (Entered: 02/03/2025) |
| 02/03/2025 | 143 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered granting 142 Motion to Withdraw as Attorney Attorney Lucy Sun terminated as to David Avalo (1), Joan Avalo-Quezada (2), Victor Pimentel (3), Jacob Lyford (4), Krystin Mathewson (5), Kayla Tasker (6), Amanda Lapointe (7), Michael St. Pierre (8) |

| | | (NR) (Entered: 02/03/2025) |
|---|---|---|
| 02/04/2025 | 144 | ELECTRONIC NOTICE OF HEARING as to Michael St. Pierre: Show Cause Hearing set for 2/10/2025 at 03:15 PM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell. (NR) (Entered: 02/04/2025) |
| 02/10/2025 | 145 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Donald L. Cabell: Show Cause Hearing as to Michael St. Pierre held on 2/10/2025. The def't requests release. The court will release the def't.<br><br>1. The defendant must reside at the residence of his daughter Macie St. Pierre in Maine. The defendant may not move without permission of the court and US Probation.<br>2. The defendant is confined to Home Detention. Def't is restricted to his residence at all times except for medical health treatment (court sanctioned treatment); attorney visits; and court appearances; approved in advance by the pretrial services office or supervising officer.<br>3. The defendant is placed on location monitoring technology as directed by the pretrial services or supervising officer. Defendant may not tamper with the equipment.<br>4. Previous conditions of release which are consistent with this order remain in effect. The defendant must submit to supervision by and report for supervision to US Probation and Pretrial Services. The defendant must obey all state and local laws.<br>5. The defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including but not limited to co defendants.<br><br>As the defendant remains hospitalized counsel to email the clerk when he can be released from custody. (Attorneys present: Cutshall, Day, Fucci USPO. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (NR) (Entered: 02/10/2025) |
| 02/19/2025 | 146 | MOTION Direct USMS to Furnish Transportation as to Michael St. Pierre. (Day, John) (Entered: 02/19/2025) |
| 02/24/2025 | 147 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered finding as moot 146 MOTION Direct USMS to Furnish Transportation as to Michael St. Pierre (8). Def'ts daughter transported him to Maine. (NR) (Entered: 02/24/2025) |
| 03/10/2025 | 153 | STATUS REPORT by USA as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre (Crowley, Michael) (Entered: 03/10/2025) |
| 03/11/2025 | 154 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered. ORDER CANCELING 3/12/25 Status Conference as to Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre.<br><br>Interim Status Conference set for 5/6/2025 10:30 AM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell. |

| | | |
|---|---|---|
| | | The court will refrain from designating the next conference as a final status conference where at least one defendant may ultimately need to obtain new counsel, and other defendants are still in the process of completing their discovery review. That said, the court would intend at the next conference thereafter to report the case to the district judge for Rule 11 hearings or a pretrial conference as appropriate. (NR) (Entered: 03/11/2025) |
| 03/12/2025 | 158 | Magistrate Judge Donald L. Cabell: ORDER entered. ORDER OF EXCLUDABLE DELAY as to Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre. Time excluded from 3/12/25 until 5/6/25. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (NR) (Entered: 03/12/2025) |
| 05/05/2025 | 173 | STATUS REPORT by USA as to David Avalo, Joan Avalo-Quezada, Victor Pimentel, Jacob Lyford, Krystin Mathewson, Kayla Tasker, Amanda Lapointe, Michael St. Pierre (Crowley, Michael) (Entered: 05/05/2025) |
| 05/05/2025 | 175 | Magistrate Judge Donald L. Cabell: REPORT AND ORDER in Lieu of Final Status Conference as to Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre. Initial Pretrial Conference set for 6/10/2025 11:00 AM in Courtroom 9 (In person only) before Judge Indira Talwani. (LB) (Entered: 05/06/2025) |
| 05/06/2025 | 176 | Magistrate Judge Donald L. Cabell: ORDER ON EXCLUDABLE DELAY as to Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre. Time excluded from May 6, 2025 until June 10, 2025. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (LB) (Entered: 05/06/2025) |
| 05/06/2025 | 177 | Case as to Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre no longer referred to Magistrate Judge Donald L. Cabell. (LB) (Entered: 05/06/2025) |
| 05/30/2025 | 184 | ELECTRONIC NOTICE OF HEARING as to Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre:<br><br>Initial Pretrial Conference set for 6/10/2025 11:00 AM in Courtroom 9 (In person only) before Judge Indira Talwani. (Reset to separate entry from 175 .)<br><br>(GAM) (Entered: 05/30/2025) |
| 05/30/2025 | 185 | Petition For Summons from Pretrial as to Michael St. Pierre. (Montgomery, Meghan) (Entered: 05/30/2025) |
| 05/30/2025 | 186 | Judge Indira Talwani: ELECTRONIC ORDER entered. Order Referring Case to Magistrate Judge Donald L. Cabell Reason for referral: Petition for Summons as to Michael St. Pierre. (SEC) (Entered: 05/30/2025) |
| 06/02/2025 | 187 | Magistrate Judge Donald L. Cabell: ORDER entered re 185 Pretrial Services/ Probation - Request/Memo/Summons as to Michael St. Pierre. Clerk to schedule show cause hearing. (NR) (Entered: 06/02/2025) |

| 06/02/2025 | 188 | ELECTRONIC NOTICE OF HEARING as to Michael St. Pierre: Show Cause Hearing set for 6/18/2025 at 03:00 PM in Remote Proceeding : Boston before Magistrate Judge Donald L. Cabell. (NR) (Entered: 06/02/2025) |
| --- | --- | --- |
| 06/05/2025 | 194 | ELECTRONIC NOTICE CANCELING HEARING OR OTHER DEADLINE as to Michael St. Pierre. Hearing or Deadline canceled: 6/18/25 Show Cause Hearing before Magistrate Judge Cabell. (NR) (Entered: 06/05/2025) |
| 06/10/2025 | 198 | Electronic Clerk's Notes for proceedings held before Judge Indira Talwani: Initial Pretrial Conference as to Joan Avalo-Quezada, Victor Pimentel, Krystin Mathewson, Jacob Lyford, Kayla Tasker, Amanda Lapointe, Michael St. Pierre held on 6/10/2025. Case called. Joan Avalo-Quezada was present with counsel. Victor Pimentel, Krystin Mathewson, Kayla Tasker, Amanda Lapointe, and Michael St. Pierre waived their appearances. Jacob Lyford was excused from this conference.<br><br>Court had colloquy with counsel. Joan Avalo-Quezada's motion to suppress is due 7/3/2025.<br><br>The remaining defendants will either enter a plea or appear at a status conference. Those dates will be set in separate entries.<br><br>Govt to file a motion to exclude time through 7/3/2025.<br><br>(Attorneys present: Michael J. Crowley, Jason G. Benzaken, Daniel Pond, Rachel Stroup, Julia A. Rindler, Jennifer A.t Sunderland, John S. Day. )Court Reporter Name and Contact or digital recording information: Robert Paschal at rwp.reporter@gmail.com. (GAM) (Entered: 06/10/2025) |
| 06/10/2025 | 201 | ELECTRONIC NOTICE OF HEARING as to Michael St. Pierre: Rule 11 Hearing set for 7/7/2025 11:00 AM in Courtroom 9 (In person only) before Judge Indira Talwani.<br><br>Counsel is to contact U.S. Probation and Pretrial Services as soon as possible http://www.map.uscourts.gov/psi-interview-schedule to determine scheduling of the presentence interview. (GAM) (Entered: 06/10/2025) |
| 07/07/2025 | 221 | Electronic Clerk's Notes for proceedings held before Judge Indira Talwani: Rule 11 Hearing as to Michael St. Pierre held on 7/7/2025. Case called. Defendant failed to appear. Defendant to report at the reset Rule 11 Hearing set for 7/7/2025 04:00 PM in Courtroom 9 (In person only) before Judge Indira Talwani.<br><br>Counsel is to contact U.S. Probation and Pretrial Services as soon as possible http://www.map.uscourts.gov/psi-interview-schedule to determine scheduling of the presentence interview.<br><br>(Attorneys present: Michael J. Crowley, John S. Day.) Court Reporter Name and Contact or digital recording information: Robert Paschal at rwp.reporter@gmail.com. (GAM) (Entered: 07/07/2025) |
| 07/07/2025 | 226 | NOTICE OF ATTORNEY APPEARANCE David Cutshall appearing for USA. (Cutshall, David) (Entered: 07/07/2025) |
| 07/07/2025 | 227 | Electronic Clerk's Notes for proceedings held before Judge Indira Talwani: Rule 11 Hearing as to Michael St. Pierre held on 7/7/2025. Case called. Defendant again |

|  |  | failed to appear. Counsel may file a motion to request the US Marshals transport defendant to the courthouse if the motion contains defendant's address.<br><br>Rule 11 Hearing reset for 7/24/2025 02:30 PM in Courtroom 9 (In person only) before Judge Indira Talwani.<br><br>Counsel is to contact U.S. Probation and Pretrial Services as soon as possible http://www.map.uscourts.gov/psi-interview-schedule to determine scheduling of the presentence interview.<br><br>(Attorneys present: Michael J. Crowley, John S. Day.) Court Reporter Name and Contact or digital recording information: Robert Paschal at rwp.reporter@gmail.com. (GAM) (Entered: 07/08/2025) |
| 07/09/2025 | 233 | Judge Indira Talwani: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Joan Avalo-Quezada, Kayla Tasker, Amanda Lapointe, Michael St. Pierre. Reason for entry of order on excludable delay as to Kayla Tasker, Amanda Lapointe, Michael St. Pierre: 18 USC 3161(h)(6) Defendant joined for trial with another. Reason for entry of order on excludable delay as to Joan Avalo-Quezada: 18 USC 3161(h)(7)(A) Interests of justice. (SEC) (Entered: 07/09/2025) |
| 07/24/2025 | 240 | Electronic Clerk's Notes for proceedings held before Judge Indira Talwani: Rule 11 Hearing as to Michael St. Pierre held on 7/24/2025. Case called. Court had colloquy with counsel. Defendant again failed to appear and remains at large.<br><br>(Attorneys present: Michael J. Crowley, John S. Day. ) Court Reporter Name and Contact or digital recording information: Robert Paschal at rwp.reporter@gmail.com. (GAM) (Entered: 07/25/2025) |
| 11/04/2025 |  | Arrest of Michael St. Pierre in Maine (Bangor). (NR) (Entered: 11/05/2025) |
| 11/07/2025 | 277 | Rule 5(c)(3) Documents Received as to Michael St. Pierre (SEC) (Entered: 11/07/2025) |
| 11/13/2025 | 278 | ELECTRONIC NOTICE OF HEARING as to Michael St. Pierre: Initial Appearance in District on Bail Revocation Proceedings set for 11/19/2025 02:00 PM in Courtroom 23 (In person only) before Magistrate Judge Donald L. Cabell. (NR) (Entered: 11/13/2025) |
| 11/14/2025 | 279 | Assented to MOTION for Release from Custody as to Michael St. Pierre. (Day, John) (Entered: 11/14/2025) |
| 11/14/2025 | 280 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered granting 279 Assented to Motion for Release from Custody as to Michael St. Pierre (8).<br><br>The defendant is instructed to contact probation immediately upon release. (NR) (Entered: 11/14/2025) |
| 11/14/2025 | 281 | ELECTRONIC NOTICE CANCELING HEARING OR OTHER DEADLINE as to Michael St. Pierre. Hearing or Deadline canceled: 11/19/25 Initial in District. (NR) (Entered: 11/14/2025) |