AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |  |
|---|---|---|
| United States of America<br>v.<br><br>MICHAEL ST. PIERRE<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  24-cr-10281-IT |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael St. Pierre                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment        ❒ Superseding Indictment        ❒ Information        ❒ Superseding Information        ❒ Complaint
❒ Probation Violation Petition       ☑ Supervised Release Violation Petition       ❒ Violation Notice     ❒ Order of the Court

This offense is briefly described as follows:

  Violation of conditions of pretrial release.

Date:    12/24/2025                                                              *Savannah Cook*
                                                                          *Issuing officer's signature*

City and state:    Boston, MA                               Savannah Cook, Deputy Clerk
                                                                          *Printed name and title*

---

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                    _____<br>                                                                          *Arresting officer's signature*<br><br>                                                                          _____<br>                                                                          *Printed name and title* |